UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

MONJASA PTE LTD.,

    Plaintiff,

vs                                         CASE NO. CASE NO. 8:20-cv-713-T-23SPF

M/V OCEAN FREEDOM, her
tackle, engines, etc., *in rem*,

    Defendant.
_____/

**MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN**

Pursuant to Local Admiralty Rule 7.05(k)(3), Plaintiff Monjasa Pte Ltd, by and through its undersigned attorneys, represents the following:

1. On March 26, 2020, Plaintiff initiated the above-styled action against the M/V OCEAN FREEDOM (hereinafter "the Vessel"), her boats, tackle, apparel, furniture and furnishings, equipment, engines and appurtenances.

2. On March __, 2020, the Clerk of the District Court issued a Warrant of Arrest against the Vessel, directing the U.S. Marshal to take custody of the Vessel, and to retain custody of the Vessel pending further order of this Court.

3. Subsequent to the issuance of the Warrant of Arrest, the Marshal will take steps to immediately seize the Vessel. Thereafter, continual custody by the Marshal will require the services of a custodian at a cost greatly exceeding the amount charged by the substitute custodian.

4. The Vessel is currently at sea enroute to berth #219 at the Port of Tampa Bay, and subject to the approval of the Court, the substitute custodian, National Maritime Services ("NMS"), is prepared to provide security, wharfage, and routine services for the safekeeping of the Vessel at a cost substantially less than that presently required by the Marshal. NMS has also agreed to continue to provide these services pending further order by this Court.

5. NMS has adequate facilities for the care, maintenance, and security of the vessel as set forth in the Declaration of the proposed substitute custodian attached hereto as Exhibit "A."

6. Plaintiff attaches as Exhibit "B" a Consent and Indemnification Agreement in accordance with Local Admiralty Rule 7.05(k)(3)(B).

THEREFORE, in accordance with the representations set forth in this instrument, Plaintiff requests this Court to enter an order appointing National Maritime Services as the Substitute Custodian for the M/V OCEAN FREEDOM.

DATED at Tampa, Florida, this 26th day of March, 2020.

_____
Eric C. Thiel (FBN 0016267)
BANKER LOPEZ GASSLER P.A.
501 East Kennedy Boulevard, Suite 1700
Tampa, Florida 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
Email: Service-ethiel@bankerlopez.com
Attorneys for Plaintiff MONJASA Pte Ltd